# Exhibit "A"

Ronald A. Dario, Esq. #026461995
**DARIO, ALBERT, METZ, EYERMAN,**
**CANDA, CONCANNON, ORTIZ & KROUSE**
345 Union Street
Hackensack, New Jersey 07601
(201) 968-5800
Attorneys for Plaintiff(s)
**MARY BALDAN**
File No.: 201515

| | |
|---|---|
| MARY BALDAN, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION- BERGEN COUNTY |
| Plaintiff(s) | |
| | |
| v. | DOCKET NO.: BER-L- |
| | |
| BJ'S WHOLESALE CLUB, INC., JOHN | |
| DOE I-X and ABC CORP. I-X, | CIVIL ACTION |
| | |
| Defendant(s). | COMPLAINT and JURY DEMAND |

Plaintiff, **MARY BALDAN**, residing at 24 Bellport Place, in the City of Garfield,
County of Bergen in the State of New Jersey by way of Complaint against the Defendant(s),
hereby alleges and states:

## FIRST COUNT

1.      Defendant(s), BJ'S WHOLESALE CLUB, INC. are now and at all times herein
mentioned, the owners, possessors, lessors, tenants, and/or lessees of a certain premises located
at 300 Route 17 North, in the Borough of East Rutherford, County of Bergen, in the State of
New Jersey.

2.      The true names of the Defendant(s), JOHN DOE I-X and ABC CORP. I-X, are unknown
to the Plaintiff at this time and leave will be sought to insert the name or names when they
become known.

3.      On or about December 21, 2017, Plaintiff, **MARY BALDAN**, was a lawful invitee
utilizing the premises of 300 Route 17 North, in the Borough of East Rutherford, County of
Bergen, in the State of New Jersey, which is owned by, maintained, managed, supervised, and/or
controlled by the Defendant(s), BJ'S WHOLESALE CLUB, INC., JOHN DOE I-X and ABC
CORP. I-X.

4.      At the aforesaid time and place, the Defendant(s), BJ'S WHOLSESALE, CLUB INC., JOHN DOE I-X and ABC CORP. I-X, negligently, maintained, operated, supervised, and/or controlled the premises of 300 Route 17 North, in the Borough of East Rutherford, County of Bergen, in the State of New Jersey, so as to create a hazardous condition by failing to take precautions as to the safety and maintenance of said premise, more specifically, wherein the Plaintiff slipped and fell causing her severe and permanent personal injuries, in the Borough of East Rutherford, County of Bergen, in the State of New Jersey.

6.      As a direct and proximate result of the carelessness and negligence of said Defendants herein above described, the Plaintiff was caused to expend large sums of money in an effort to cure said personal injuries and in an effort to cure such pain and suffering and mental anguish occasioned herein, and was prohibited from attending to his occupational pursuits at financial and emotional loss, all of which was to his detriment and damage.

**WHEREFORE,** the Plaintiff, **MARY BALDAN,** demands Judgment against the Defendant(s) BJ'S WHOLESALE CLUB, INC., JOHN DOE I-X and ABC CORP. I-X, jointly, severally, or in the alternative, together with interests and costs of suit.

**DARIO, ALBERT, METZ, EYERMAN, CANDA, CONCANNON, ORTIZ & KROUSE**
**Attorneys for Plaintiff(s)**
**MARY BALDAN**

By:      _____
        **RONALD A. DARIO ESQ.**

**Dated: December 3, 2019**

### DEMAND FOR TRIAL BY JURY

Plaintiff, **MARY BALDAN,** hereby demands trial by jury as to all issues raised in the Complaint.

**DARIO, ALBERT, METZ, EYERMAN, CANDA, CONCANNON, ORTIZ & KROUSE**
**Attorneys for Plaintiff(s)**
**MARY BALDAN**

By:      _____
        **RONALD A. DARIO, ESQ.**

## CERTIFICATION

I certify that the matter in controversy is not the subject of any other action or of a pending arbitration proceeding and that no other action or arbitration proceeding is contemplated. I know of no other parties who should be joined in this action.

DARIO, ALBERT, METZ, EYERMAN,
CANDA, CONCANNON, ORTIZ & KROUSE
**Attorneys for Plaintiff(s)**
**MARY BALDAN**

By: _____
RONALD A. DARIO, ESQ.

**Dated: December 3, 2019**

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1(b), the Plaintiff hereby demands that the Defendants provide answers to Interrogatories set forth in Form C and C-1 of Appendix II of Rules Governing the Courts of the State of New Jersey.

DARIO, ALBERT, METZ, EYERMAN,
CANDA, CONCANNON, ORTIZ & KROUSE
**Attorneys for Plaintiff(s)**
**MARY BALDAN**

By: _____
RONALD A. DARIO, ESQ.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Patrick M. Metz, Esq. is hereby designated as trial counsel in the within matter.

DARIO, ALBERT, METZ, EYERMAN,
CANDA, CONCANNON, ORTIZ & KROUSE
**Attorneys for Plaintiff(s)**
**MARY BALDAN**

By: _____
RONALD A. DARIO, ESQ.

**Dated: December 3, 2019**

# Civil Case Information Statement

## Case Details: BERGEN | Civil Part Docket# L-008413-19

**Case Caption:** BALDAN MARY  VS BJ'S WHOLESALE CLUB,  INC.

**Case Initiation Date:** 12/09/2019

**Attorney Name:** RONALD ANTHONY DARIO

**Firm Name:** DARIO ALBERT METZ & EYERMAN LLC

**Address:** 345 UNION ST

HACKENSACK NJ 07601

**Phone:** 2019685800

**Name of Party:** PLAINTIFF : Baldan, Mary

**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

---

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** YES
    **If yes, for what language:**
    SPANISH

**Please check off each applicable category: Putative Class Action?** NO        **Title 59?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>12/09/2019</u>
Dated

<u>/s/ RONALD ANTHONY DARIO</u>
Signed