**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARY BALDAN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 20-1407-AME |
| | : | |
| v. | : | ORDER |
| | : | |
| BJ's WHOLESALE CLUB, INC., et al., | : | |
| | : | |
| Defendants. | : | |

This matter having come before the Court on defendant BJ's Wholesale Club, Inc.'s motion to enforce settlement [ECF 35]; and no opposition to the motion having been filed; and and the Court having considered the written submissions and ruling on the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 5th day of July 2022,

**ORDERED** that the Clerk shall reopen this matter; and it is further

**ORDERED** that defendant BJ's Wholesale Club, Inc.'s motion to enforce settlement [ECF 35] is **GRANTED**; and it is further

**ORDERED** that, in its unredacted form, the document attached to the Wutz Certification at Exhibit B [ECF 35-6] shall be enforced as a valid and binding settlement agreement by and between plaintiff Mary Baldan and defendant BJ's Wholesale Club, Inc.; and it is further

**ORDERED** that the Clerk shall close this matter.

    /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge